```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 36533
  NANCY SANCHEZ
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-6356


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/01/04 and confirmed on 12/30/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  45827.05 .

     4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
-------------------------------------------------------------------------------
STANDARD BANK & TRUST    CURRENT MORTG     16376.13              .00         16376.13
STANDARD BANK & TRUST    MORTGAGE ARRE      1493.54              .00          1493.54
UNITED STATES DEPT OF AG SECURED            8593.90              .00          8593.90
UNITED STATES DEPT OF AG MORTGAGE ARRE      1102.25              .00          1102.25
HSBC                     SECURED            6265.00              .00          6265.00
HSBC                     MORTGAGE ARRE       359.94              .00           359.94
PERSONAL FINANCE         SECURED             800.00            47.64           800.00
CASH ADVANCE CORP        UNSECURED        NOT FILED              .00              .00
CASHBACK PAYDAY ADVANCES UNSECURED           450.00              .00           450.00
SONIC PAYDAY             UNSECURED        NOT FILED              .00              .00
DIRECT CHARGE            UNSECURED            51.86              .00            51.86
ILLINOIS TITLE LOANS     UNSECURED        NOT FILED              .00              .00
MORRIS COMMUNITY CREDIT  UNSECURED          1333.14              .00          1333.14
PREMIUM MARKETING SYSTEM UNSECURED           684.00              .00           684.00
SEVENTH AVENUE           UNSECURED           272.51              .00           272.51
SUN FINANCE              UNSECURED        NOT FILED              .00              .00
THE CASH STORE           UNSECURED          1038.33              .00          1038.33
COUNTRY DOOR             UNSECURED           150.39              .00           150.39
UNITED CASH LOANS        UNSECURED        NOT FILED              .00              .00
USA PAYDAY LOANS         UNSECURED        NOT FILED              .00              .00
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
-------------------------------------------------------------------------------
WORLD ACCEPTANCE CORP    UNSECURED        NOT FILED              .00              .00
ECAST SETTLEMENT CORPORA UNSECURED          1031.34              .00          1031.34
         Summary of disbursements:
-------------------------------------------------------------------------------
                      SECURED      PRIORITY      UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    34990.76         .00         5011.57         .00       40002.33
```

```
PRINCIPAL PAID            34990.76              .00         5011.57            .00       40002.33
INTEREST PAID                47.64              .00             .00            .00           47.64
TOTAL PAID                35038.40              .00         5011.57            .00       40049.97
```

The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $   1832.24 .

Refunds to the Debtor totaled $   1244.84 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 12/14/07                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE